**Willie MILLER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 66330.

Missouri Court of Appeals,
Eastern District,
Division One.

June 13, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 1995.

Application to Transfer Denied Sept. 19, 1995.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., REINHARD, P.J., and CRAHAN, J.

*ORDER*

PER CURIAM.

Defendant appeals from an order denying his Rule 24.035 motion after an evidentiary hearing ordered by this court in *Miller v. State,* 869 S.W.2d 278 (Mo.App.1994).

We have reviewed the briefs of the parties and the record on appeal and find that the judgment of the motion court is not clearly erroneous. No jurisprudential purpose would be served by a written opinion. The judgment is affirmed in accordance with Rule 84.16(b).